# EXHIBIT A

## DAVID BLISS

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| BMG Music | Vertical Horizon | Everything You Want | Everything You Want | 277-868 |
| Warner Bros. Records Inc. | Van Halen | Panama | 1984 (MCMLXXXIV) | 52-319 |
| Warner Bros. Records Inc. | Filter | Hey Man, Nice Shot | Short Bus | 193-079 |
| Warner Bros. Records Inc. | Green Day | Longview | Dookie | 185-457 |
| Arista Records LLC | Whitney Houston | I Believe In You And Me | Preacher's Wife Soundtrack | 242-260 |
| SONY BMG MUSIC ENTERTAINMENT | Incubus | Nice to Know You | Morning View | 306-181 |
| UMG Recordings, Inc. | Rob Zombie | Dragula | Hellbilly Deluxe | 257-901 |
| BMG Music | Lit | Miserable | A Place in the Sun | 264-272 |
| UMG Recordings, Inc. | 3 Doors Down | Kryptonite | The Better Life | 277-407 |
| Interscope Records | Limp Bizkit | Break Stuff | Significant Other | 279-827 |
| SONY BMG MUSIC ENTERTAINMENT | Mariah Carey | Without You | Music Box | 178-631 |