AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court
## DISTRICT OF RHODE ISLAND

SUMMONS IN A CIVIL CASE

CASE NUMBER:

CA 06 123 T

**WARNER BROS. RECORDS INC., a Delaware corporation; ARISTA RECORDS LLC, a Delaware limited liability company; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; UMG RECORDINGS, INC., a Delaware corporation; INTERSCOPE RECORDS, a California general partnership; and BMG MUSIC, a New York general partnership,**

v.

**DAVID BLISS**

TO:
**DAVID BLISS**
**83 Abbott Run Valley Rd. Apt. 87**
**Cumberland, RI 02864-3248**

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFFS' ATTORNEY

**James E. O'Neil**
**The Meadows, Suite A103**
**1130 Ten Rod Road**
**North Kingstown, RI 02852**
**Phone (401) 667-7111**
**Fax (401) 667-7112**

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

3-17-06
DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

Kennett 3

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 3-18-06 |
| NAME OF SERVER Alfred J. Harris Authorized Federal Process Server | TITLE Alfred J. Harris Authorized Federal Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: with Kimmery Bliss

☐ ~~Returned unexecuted~~ At 83 Abbott Run valley Rd Cumberland

☐ Other (specify)

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 10.00 | 40.00 | 50.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 3/18/06
Date

[signature]
*Signature of Server*

ALFRED J. HARRIS
[redacted]
P.O. BOX 1107
PAWTUCKET, RI 02862
*Address of Server*

DISTRICT OF RHODE ISLAND
U.S. DISTRICT COURT
2006 MAR 27 A 1:58
FILED

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.